344

STATE OF HAWAII *v.* DAVID K. HASHIMOTO, GEORGE M. TANISUE, FLORENDO GUILLERMO, LEO BAJO, AURELIO BARRO, ALFRED L. CANIANES AND HENRY A. ALEJANDRO.

No. 4179.

December 30, 1963.

Tsukiyama, C.J., Cassidy, Wirtz, Lewis and Mizuha, JJ.

*Per Curiam.* The petition for rehearing in the above-entitled cause sets forth matters fully considered by the court in rendering its decision of October 10, 1963. Accordingly, the petition is denied without argument. Mizuha, J., having dissented from the majority in the original opinion, does not concur.

*Nathaniel Felzer, Robert Kimura, Robert H. K. Chang* and *David K. Namaka,* for the petition.